Edward R. MCMILLAN, Plaintiff-Appellant,

v.

Mr. C. JONES, C/o Harnett Correctional Institution, Defendant-Appellee.

No. 16-6418

United States Court of Appeals, Fourth Circuit.

Submitted: December 22, 2016

Decided: January 18, 2017

Edward R. McMillan, Appellant Pro Se. Joseph Finarelli, Special Deputy Attorney General, Kari Russwurm Johnson, North Carolina Department of Justice, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, TRAXLER, and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward R. McMillan appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McMillan v. Jones, No. 5:14–ct–03240–H (E.D.N.C. Mar. 3, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED